**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Judgment on rehearing rendered and
mailed to all parties or counsel of
record on July 19, 2023

**REHEARING ACTION: July 19, 2023**

**Docket Number: 22   00666-CA**

**DELHI PLANTATION, LLC, ET AL**
**VERSUS**
**FIFTH LOUISIANA LEVEE DISTRICT, ET AL**

**Appealed from Concordia Parish Case No. 50997**

**BEFORE JUDGES:**

 Hon. Elizabeth A. Pickett
 Hon. Sharon Darville Wilson
 Hon. Charles G. Fitzgerald

As counsel of record in the captioned case, you are hereby notified that the applications

for rehearing filed by:

1. **Delhi Plantation, LLC, et al.**

   **AND**

2. **The Board of Commissioners, Fifth Louisiana Levee District**

have this day been **DENIED.**

cc: Virgil Russell Purvis, Jr., Counsel for the Appellee
    James Edward Paxton, Counsel for the Appellant
    Patrick Bayard McIntire, Counsel for the Appellant
    John D. Crigler, Jr., Counsel for the Appellant